**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SCOTT WAGNER,**

      **Petitioner,**                            **CASE NO. 2:10-CV-446**
                                                 **JUDGE MARBLEY**
      **v.**                                    **MAGISTRATE JUDGE KING**

**WARDEN, SOUTHERN OHIO
CORRECTIONAL FACILITY,**

      **Respondent.**

<u>**ORDER**</u>

On May 22, 2012, the Magistrate Judge denied Petitioner's request for an evidentiary hearing and recommended that the petition for a writ of habeas corpus be dismissed. *Order and Report and Recommendation*, Doc. No. 34. Although Petitioner was granted three extensions of time to file objections, *see* Doc. Nos. 37, 40, 45, and although the parties were advised of the consequences of their failure to file objections, no objections have been filed.

The *Report and Recommendation*, Doc. No. 34, is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.


                                                        _ s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  United States District Judge

**DATED:  October 29, 2012**